NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Assistant United States Attorney
jeff.sweet@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone:  (541) 465-6771
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:21-cr-00482-MC |
| | 6:15-cr-00264-MC |
| v. | |
| | **MOTION TO DISMISS** |
| **CLEMENTE BOBBY PINEDA,** | |
| Defendant. | |

The United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment in Case No. 6:21-cr-00482-MC, and the pending supervised release violation in Case No. 6:15-cr-00264-MC, on the grounds that the defendant is deceased.  This motion is made in good faith and in the interests of justice.

Dated:  August 22, 2023.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

s/ *Jeffrey S. Sweet*
JEFFREY S. SWEET
Assistant United States Attorney

**Motion to Dismiss**